UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gregory Arnel Gurly            Docket No. 5:09-CR-372-1BO

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Arnel Gurly, who, upon an earlier plea of guilty to Count 1- Assault of a Federal Officer With a Dangerous or Deadly Weapon, in violation of 18 U.S.C. §§ 111(a) and (b) and Count 2- Possession With the Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 28, 2010, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 72 months. On May 2, 2013, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's imprisonment sentence was reduced to 60 months. Gregory Arnel Gurly was released from custody on October 30, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Due to the substance abuse history of this defendant, it is respectfully recommended that the defendant's judgment be modified to include our standard drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                                   I declare under penalty of perjury that the foregoing is true and correct.
                                                   /s/ Keith W. Lawrence
                                                   Keith W. Lawrence
                                                   Senior U.S. Probation Officer
                                                   310 Dick Street
                                                   Fayetteville, NC 28301-5730
                                                   Phone: 910-354-2538
                                                   Executed On: November 2, 2015

### ORDER OF THE COURT

Considered and ordered this _4_ day of _November_, 2015 and ordered filed and made a part of the records in the above case.

/s/ Terrence W. Boyle
Terrence W. Boyle
U.S. District Judge