UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Gregory Arnel Gurly**　　　　　　　　　　　　　　　　**Docket No. 5:09-CR-372-1BO**

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gregory Arnel Gurly, who, upon an earlier plea of guilty to Count 1- Assault of a Federal Officer With a Dangerous or Deadly Weapon, in violation of 18 U.S.C. §§ 111(a) and (b) and Count 2- Possession With the Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 28, 2010, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 72 months. On May 2, 2013, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's imprisonment sentence was reduced to 60 months. Gregory Arnel Gurly was released from custody on October 30, 2015, at which time the term of supervised release commenced. On November 4, 2015, the conditions of supervision were modified to include a drug aftercare condition. On September 15, 2016, due to criminal conduct the court modified the conditions of supervision to include 90 days of curfew and mental health treatment. On April 23, 2018, a Violation Report was submitted to the court due to the defendant committing the offense of Driving While License Revoked. On July 30, 2018, a revocation hearing was conducted for new criminal conduct. At that time, the court continued the defendant on supervision. On August 8, 2018, a Violation Report was forwarded to the court due to the defendant testing positive for marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 8, 2018, the defendant committed the offenses of Driving While License Revoked and Operate a Motor Vehicle With No Insurance (18CR 3426), in Cumberland County, North Carolina. As a sanction for this conduct and in an effort to deter future criminal conduct, we would respectfully recommend that his supervision be modified to include 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Gregory Arnel Gurly
Docket No. 5:09-CR-372-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 150 Rowan Street, Suite 110 |
| | Fayetteville, NC 28301-4920 |
| | Phone: 910-354-2538 |
| | Executed On: January 4, 2019 |

### ORDER OF THE COURT

Considered and ordered this ____ day of January, 2019 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief U.S. District Judge